# UNITED STATES DISTRICT COURT
# CLARK COUNTY, NEVADA

```
ENTERED                  RECEIVED
                         SERVED ON
                         COUNSEL/PARTIES OF RECORD

MAY 23 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY
```

| | | |
|---|---|---|
| SETH SHAW | **Plaintiff** | |
| VS | | CASE NO: 2:17-CV-01165-JADVCF |
| ROI LAND INVESTMENTS, LTD. | **Defendant** | HEARING DATE/TIME:<br>DEPT NO: |

## AFFIDAVIT OF SERVICE

GREGORY BROWN R-013683 being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceedings in which this affidavit is made. That affiant received 1 copy(ies) of the PETITION FOR CONFIRMATION OF ARBITRATION AWARD AND ENTRY OF JUDGMENT, on the 12th day of May, 2017 and served the same on the 15th day of May, 2017, at 10:13 by:

serving the servee ROI LAND INVESTMENTS- LTD. C/O REGISTERED AGENT EASTBIZ.COM- INC. by personally delivering and leaving a copy at (address) 5348 VEGAS DR., LAS VEGAS NV 89108 with ASHLEY CANEZ, pursuant to NRS 14,020 as a person of suitable age and discretion at the above address, which address is the address of the resident agent as shown on the current certificate of designation filed with the Secretary of State.

**Pursuant to NRS 53.045**

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.
EXECUTED this 23 day of May, 2017.

_____
GREGORY BROWN R-013683

Junes Legal Services - 630 South 10th Street - Suite B - Las Vegas NV 89101 - (702) 579-6300 - Fax (702) 259-6249 - Toll Free (888) 56Junes

EP183038A          Copyright 2006 eWay - All Rights Reserved          Process License #1068