# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Seth Shaw,

    Petitioner

v.

ROI Land Investment, Ltd.,

    Respondent

Case No.: 2:17-cv-01165-JAD-VCF

**Order Reopening Case and Directing Response**

[ECF No. 15]

I previously granted petitioner Seth Shaw's petition for confirmation of his arbitration award and denied respondent ROI Land Investment. Ltd.'s motion to vacate the arbitration award.[1] I directed the Clerk of Court to enter judgment in Shaw's favor and close the case, but I overlooked the motion to compel discovery that Shaw had filed, so I didn't rule on it. Shaw now moves to reopen the case so that I can rule on his motion to compel; he represents that the requested discovery will aid in collecting his arbitration award.[2]

ROI had until April 6, 2018, to oppose Shaw's request to reopen the case.[3] That deadline has long since passed, and ROI has not opposed the request. Under this court's local rules, except in limited circumstances, the failure to oppose a motion constitutes consent to granting it.[4] This is not one of those exceptional circumstances,[5] so I grant Shaw's motion.

Accordingly, IT IS HEREBY ORDERED that, with good cause appearing, Shaw's motion to reopen case **[ECF No. 15] is GRANTED**. The **Clerk of Court** is directed to **REOPEN this case**.

---

[1] ECF No. 13.

[2] ECF Nos. 12, 15.

[3] *See generally* docket report at ECF No. 15.

[4] L.R. 7-2(d).

[5] *Id.*

1

IT IS FURTHER ORDERED that Respondent ROI Land Investment, Ltd. **has until July 6, 2018, to FILE a response to Shaw's motion to compel discovery (ECF No. 12).** If it fails to do so by this court-ordered deadline, that motion will be granted.

Dated: June 15, 2018

_____
U.S. District Judge Jennifer A. Dorsey