MARK J. CONNOT (10010)
KEVIN M. SUTEHALL (9437)
ERNEST E. BADWAY (*Admitted Pro Hac Vice*)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Tel: 702-699-5924
Fax: 702-597-5503
mconnot@foxrothschild.com
ksutehall@foxrothschild.com
*Attorneys for Respondent ROI Land Investments Ltd.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SETH SHAW, | Case No. 2:17-cv-01165-JAD-VCF |
| Petitioner, | |
| v. | **STIPULATION TO EXTEND DEADLINES AND HEARING** |
| ROI LAND INVESTMENTS LTD, | |
| Respondent. | |

Respondent ROI Land Investments Ltd. ("ROI") and Petitioner Seth Shaw's ("Shaw") (together, the "Parties") stipulate as follows:

Whereas, on March 1, 2019, Shaw filed a Motion for Order to Show Cause and to Compel Respondent's Responses to Post Judgment Discovery [ECF No. 36] (the "Motion");

Whereas, on March 15, 2019, ROI filed its Opposition to the Motion [ECF No. 38];

Whereas, on March 22, 2019, Shaw filed his Reply in support of the Motion [ECF No. 39];

Whereas, on April 4, 2019, Magistrate Judge Ferenbach heard oral arguments on the Motion and made certain oral rulings;

Whereas, on April 5, 2019, Magistrate Judge Ferenbach filed a minute order granting in part the Motion [ECF No. 42] (the "Order"). The Order stated in relevant part that "IT IS ORDERED that [36] Motion for Order to Show Cause and to Compel is GRANTED in part, as stated on the record. IT IS FURTHER ORDERED that a Status Conference is set for <u>Tuesday,</u>

1

May 7, 2019 at 11:00 AM in LV Courtroom 3D before Magistrate Judge Cam Ferenbach. Mr. Scott Vayer MUST be present at the status hearing on May 7, 2019." The Minute Order further required counsel for Shaw and ROI to pay sanctions in amounts specified by the Court within two weeks;

Whereas, since April 5, 2019, counsel for the parties have engaged in discussions relating to both the outstanding discovery issues as well as a possible resolution of the matter in its entirety. However, due to personal issues relating to one of the attorneys for Shaw, the parties have not been able to finalize any resolution;

Whereas, in the interest of judicial economy as well as the preservation of attorneys' fees, the Parties stipulate as follows:

The Parties agree and stipulate to extend the deadline to file any objection to, and/or motion for reconsideration of, the Order pursuant to FRCP 72(a) and/or LR IB 3-1(a) from its current deadline of April 19, 2019 to May 20, 2019;

The Parties agree and stipulate that ROI's obligation to produce any additional documents and/or information in response to the discovery requests that were the subject of the Motion is stayed until May 27, 2019 to allow for settlement discussions to proceed;

//
//
//
//
//
//
//
//
//
//
//

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135

1      The Parties agree and stipulate to continue the status hearing currently set for May 7, 2019

2 to the first available date convenient to the Court after June 7, 2019.

3      DATED this 19th day of April, 2019.

4

5 **FOX ROTHSCHILD LLP**          **LEVINE & GARFINKEL**

6

7 /s/ *Mark J. Connot*           /s/ *Louis E. Garfinkel*
MARK J. CONNOT (10010)     LOUIS E. GARFINKEL (3416)

8 KEVIN M. SUTEHALL (9437)    1671 W. Horizon Parkway, Ste. 230
ERNEST E. BADWAY         Henderson, NV 89012

9 *(Admitted Pro Hac Vice)*       *Attorneys for Petitioner Seth Shaw*
1980 Festival Plaza Drive, Suite 700

10 Las Vegas, Nevada 89135
*Attorneys for Respondent ROI Land*

11 *Investments Ltd.*

12 <span style="color:red">IT IS HEREBY ORDERED that the status hearing
scheduled for May 7, 2019, is VACATED and

13 RESCHEDULED to 10:00 AM, June 12, 2019, in
Courtroom 3D.</span>

14

15

16 DATED:  April 19, 2019      IT IS SO ORDERED:

17

18                  UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

3